UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY ROBERTSON BARRETT,<br><br>      Plaintiff,<br><br>v.<br><br>THE ARENA GROUP HOLDINGS, INC. and MANOJ BHARGAVA,<br><br>      Defendants. | 1:24-cv-00673-DEH |

### NOTICE OF DEFENDANT MANOJ BHARGAVA'S PARTIAL MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Manoj Bhargava respectfully requests that the Court dismiss Plaintiff's claims against him for breach of the duty of good faith and fair dealing, defamation, and violation of the Fair Labor Standards Act. The bases for this Motion are set forth in the accompanying Memorandum of Law.

Dated: March 13, 2024

Respectfully submitted,

S/ *Eric J. Pelton*
Eric J. Pelton (*admitted pro hac vice*)
Lauren Walas (*admitted pro hac vice*)
KIENBAUM HARDY VIVIANO PELTON
& FORREST, P.L.C.
280 N. Old Woodward Ave.
Ste. 400
Birmingham, MI 48009
Phone: (248) 645-0000
Facsimile: (248) 458-4581
epelton@khvpf.com
lwalas@kvhpf.com

*Attorneys for Defendant Manoj Bhargava*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2024, the foregoing and all accompanying documents were served via the Court's CM/ECF system, which sent electronic notice of the filing to all counsel of record.

S/ *Eric J. Pelton*  
Eric J. Pelton