UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY ROBERTSON BARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>THE ARENA GROUP HOLDINGS, INC., ET AL.<br><br>    Defendants. | 1:24-cv-00673-DEH<br><br>(Ho, J.) |

## ORDER

Upon consideration of the Parties' Joint Letter-Motion to Stay Proceedings filed July 10, 2024 and the entire record herein, it is hereby:

ORDERED that the Joint Letter-Motion be and hereby is GRANTED; and

IT IS FURTHER ORDERED that all deadlines in the above-referenced Action are STAYED until such time as the Court otherwise orders and,

IT IS FURTHER ORDERED that the Parties shall file a joint status report to advise the Court of the status of settlement negotiations no later than **August 6, 2024**.

**IT IS SO ORDERED.**

The Clerk of Court is directed to close ECF No. 59.

_____
Hon. Dale E. Ho
Judge, United States District Court
Dated: July 11, 2024
New York, New York