UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY ROBERTSON BARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>THE ARENA GROUP HOLDINGS, INC., ET AL.<br><br>    Defendants. | 1:24-cv-00673-DEH |

## ORDER

Upon consideration of the Parties' Second Joint Letter-Motion to Stay Proceedings filed August 6, 2024, and the entire record herein, it is hereby:

ORDERED that the Second Joint Letter-Motion be and hereby is GRANTED; and

IT IS FURTHER ORDERED that all deadlines in the above-referenced Action are STAYED until such time as the Court otherwise orders and,

IT IS FURTHER ORDERED that the Parties shall file a joint status report to advise the Court of the status of settlement negotiations no later than **September 6, 2024.**

  **IT IS SO ORDERED.**

The Clerk of Court is respectfully directed to close ECF No. 61.

DATE: August 7, 2024
    New York, New York

_____
Hon. Dale E. Ho
Judge, United States District Court